# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON,<br><br>                Petitioner,<br><br>        v.<br><br>PEOPLE STATE OF CALIFORNIA, et al.,<br><br>                Respondents. | Case No. CV 18-05863 FMO (RAO)<br><br>JUDGMENT |

    IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Memorandum and Order Regarding Summary Dismissal of Petition for Writ of Habeas Corpus and Denial of Certificate of Appealability.

DATED:  August 17, 2018

                                        _____/s/_____
                                        FERNANDO M. OLGUIN
                                        UNITED STATES DISTRICT JUDGE